FILE COPY



# COURT OF APPEALS

| REBECA C. MARTINEZ | FOURTH COURT OF APPEALS DISTRICT | MICHAEL A. CRUZ, |
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF COURT |
| PATRICIA O. ALVAREZ | 300 DOLOROSA, SUITE 3200 | |
| LUZ ELENA D. CHAPA | SAN ANTONIO, TEXAS 78205-3037 | |
| IRENE RIOS | WWW.TXCOURTS.GOV/4THCOA.ASPX | TELEPHONE |
| BETH WATKINS | | (210) 335-2635 |
| LIZA A. RODRIGUEZ | | |
| LORI I. VALENZUELA | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

May 19, 2022

Gregory Yost
Brock Upham Yost, PLLC
616 E. Blanco, Suite 202B
Boerne, TX 78006
* DELIVERED VIA E-MAIL *

Nohl Bryant
1024 C. Street
Floresville, TX 78114
* DELIVERED VIA E-MAIL *

Louis T. Rosenberg
The Law Offices of Louis T.
Rosenberg, P.C.
1024 C Street
Floresville, TX 78114
* DELIVERED VIA E-MAIL *

Clinton Butler
Langley & Banack, Inc.
112 N. Panna Maria Ave.
Karnes City, TX 78118
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:   04-21-00533-CV
      Trial Court Case Number:   21-01-00010-CVK
      Style:  In the Estate of Magdalene B. Mzyk, Deceased

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
MICHAEL A. CRUZ,
Clerk of Court

_Monica Rivera_

Monica Rivera
Deputy Clerk, Ext. 53855

cc: Honorable Joel B. Johnson (DELIVERED VIA E-MAIL)
Elizabeth Kopecki (DELIVERED VIA E-MAIL)
Denise Rodriguez (DELIVERED VIA E-MAIL)

FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2022

No. 04-21-00533-CV

**IN THE ESTATE OF MAGDALENE B. MZYK, DECEASED**

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 21-01-00010-CVK
Honorable Joel B. Johnson, Judge Presiding

## C O R R E C T E D   O R D E R

On March 2, 2022, we abated this appeal and remanded it to the trial court for entry of a final judgment. On April 4, 2022, appellant requested that we continue the abatement "pending the trial court's disposition of the parties' respective claims for attorney's fees and entry of final judgment." We granted appellant's request and extended the abatement of the appeal until May 17, 2022. We ordered the parties to file a status update by May 17, 2022, and ordered that the case would be reinstated on the court's docket by May 23, 2022.

On May 17, 2022, appellant filed a report indicating that "[t]he parties are presently conferring [on] a date for a hearing to enter final judgment." Appellant asked us to again continue the abatement for an additional thirty days.

After consideration, we **GRANT** appellant's request and extend the abatement of this appeal until **June 16, 2022**. We **ORDER** the parties to file a status update **by June 16, 2022**. We **ORDER** that this case will be reinstated on the court's docket **by June 23, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court